The People of the State of New York ex rel. Herman Barmore, Appellant, against William Hunt, as Warden of Attica State Prison, Respondent.— Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See *post,* p. 921.]

Mabel Albert, as Administratrix of the Estate of Abraham L. Albert, Deceased, Appellant, v. Harry C. Albert, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

## (June 18, 1943.)

J. Weinstein & Rubin Building Corporation, Appellant, v. State of New York, Respondent. (Claim No. 25488.)

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Joseph E. Bright, Appellant, v. Charles A. Hinkley, Respondent.—

Present —
Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.